■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RASHID KHAN, Appellant. [965 NYS2d 892]—Appeal by the defendant from a resentence of the Supreme Court, Queens County (Buchter, J.), imposed March 25, 2009, upon his conviction of conspiracy in the second degree under count one of the indictment, upon a jury verdict.

Ordered that the resentence is affirmed.

Contrary to the defendant's contention, the resentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80

[1982]; *see also People v Muriel*, 75 AD3d 908, 910-911 [2010]). Mastro, J.P., Leventhal, Sgroi and Miller, JJ., concur.